# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHELLE JAMES, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO.  1:19-CV-00155 |
| | § | |
| v. | § | |
| | § | |
| PARAMOUNT NISSAN OF TEXAS, LLC | § | JUDGE MICHAEL TRUNCALE |
| D/B/A NISSAN OF SILSBEE, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Michelle James and Defendant Paramount Nissan of Texas, LLC d/b/a Nissan of Silsbee (collectively, "the Parties") filed an agreed stipulation of dismissal with prejudice. [Dkt. 17]. The parties have settled. The Court is of the opinion that the action should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the joint Motion [Dkt. 17] is GRANTED, this case is DISMISSED WITH PREJUDICE, and attorney's fees and costs of court be taxed against the party incurring the same.

**SIGNED this 21st day of May, 2020.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge